UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BONNEAU, | ) Case No. CV 12-9081 JST(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| LINDA SANDERS, | ) |
| Respondent. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 26, 2013

                                          ___JOSEPHINE STATON TUCKER___
                                          HONORABLE JOSEPHINE STATON TUCKER
                                          UNITED STATES DISTRICT JUDGE